UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re: Case No. 8:16-bk-04454-KRM
Chapter 7

Kay Dian Durham

Debtor.
___________________________/

## TRUSTEE'S BILL OF SALE

For, and in consideration of the sum of $7,320.00 (Seven Thousand Three Hundred Twenty Dollars and 00/100) in hand paid, the receipt and sufficiency of which is hereby acknowledged, CAROLYN R. CHANEY, Trustee in the bankruptcy estate of the above debtor, hereby conveys and transfers all right, title and interest, if any, she may as Trustee have in the following described property to:

Kay D. Durham
3303 N. Forbes Rd.
Plant City, FL 33565

The property sold herein is:

Non-exempt equity in household goods ($7,320.00).
.

Carolyn R. Chaney, as Trustee, disclaims any warranty of any kind as to the Merchantability or fitness for particular purpose, express or implied in the above item. This sale is "as is, where is." Dated: March 2, 2017.

/s/Carolyn R. Chaney, Trustee
Post Office Box 530248
St. Petersburg, FL 33747-0248
Telephone: (727) 864-9851
Email: carolyn.chaney@earthlink.net